IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GARY PAVLIC,                           )
                                       )        Civil Action No. 11-672
                    Petitioner,        )        Judge Terrence F. McVerry
                                       )        Magistrate Judge Lisa Pupo Lenihan
v.                                     )
DISTRICT ATTORNEY OF                   )        ECF No. 19
WASHINGTON COUNTY,                     )
PENNSYLVANIA and THE                   )
ATTORNEY GENERAL OF THE                )
STATE OF PENNSYLVANIA,                 )
                                       )
                    Respondents.

ORDER

Pending before the court is a motion for permission to supplement Petitioner's habeas

corpus petition. The petition was filed in May, 2011. Although petitioner states that he was

deprived access to his legal materials it is still over a year since the original petition was filed.

Petitioner further requests that he be provided with a list of all documents in his state court

record. Petitioner should already have copies of everything in his state court record. In addition,

Petitioner is advised that any copies he requests the court to make must be paid for at a charge of

fifty cents per page, despite the fact that he is proceeding *in forma pauperis*.

The *in forma pauperis* statute, 28 U.S.C. § 1915, allows for the waiver of prepayment

filing fees, but does not provide for the payment of any other litigation expenses.  There is no

statute this Court is aware of that authorizes the court to commit federal funds to pay for

expenses in a civil litigation matter.  Tabron v. Grace, 6 F.3d 147, 158-59 (3d Cir. 1993).  *See*

*also* Perkins v. Rich, 198 F. Supp 615 (D.C. Del 1961) (holding that 28 U.S.C. § 1915 applied

only to court costs and did not authorize the plaintiff to be furnished with copies free of charge);

*In re* Fullman, 152 F. 2d 141 (App. D.C. 1945)(finding that there is no provision in 28 U.S.C. § 1915 requiring the district court or the clerk thereof to furnish the indigent litigant with copies of papers or records.)

There is no index of the state court records provided and it is not the court's obligation to review the records to compile a list of the documents and transcripts included. In addition, Petitioner needs to be more specific as to what it is he is seeking and what he would like to add as a supplement. If he can do so, the court will reconsider his request to supplement his petition. Therefore,

**IT IS HEREBY ORDERED** this 8th day of November, 2012, that Petitioner's Motion for Permission to Supplement is **DENIED without prejudice** to refile as indicated above**.**

_____
Lisa Pupo Lenihan
United States Magistrate Judge

**Cc: GARY PAVLIC**
DV 2415
SCI Smithfield
1120 Pike Street
Huntingdon, PA 16652